# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON L. DEVANEY, | |
| Plaintiff, | No. 2:13-CV-0278-JPH |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: June 9, 2014

                SEAN F. McAVOY
                Clerk of Court

                By: *s/Pam Howard*
                    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**